UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN PIUZA CAJA CORI, | No. 1:26-cv-01834-DAD-DMC-HC |
| Petitioner, | |
| v. | ORDER |
| CHRISTOPHER CHESTNUT, et. al., | |
| Respondents. | |

Petitioner, an immigration detainee proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 together with a motion for temporary restraining order, ECF Nos. 1 and 2.

The District Judge granted the motion for temporary restraining order in part, ECF No. 6, and parties agreed to modify the temporary restraining order to allow for Petitioner's removal, ECF No. 9. The District Judge agreed to the modification and referred the matter to the undersigned. See ECF No. 10.

/ / /

/ / /

/ / /

/ / /

/ / /

1

In light of parties' stipulation and Petitioners' apparent removal, parties are directed to file a joint statement within sixty (60) days of the date of this order to inform the Court if they wish to proceed to briefing on the merits or agree to a dismissal of the action.

IT IS SO ORDERED.

Dated:  May 18, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE